FILED
DEC 27 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. A-16-CR-160-SS |
| Plaintiff, | * | INFORMATION |
| v. | * | [Vio: 21 U.S.C. 846{841(a)(1) & 841(b)(1)(B)}]– Conspiracy to Possess With Intent to Distribute 500 grams or more of Cocaine] |
| LUIS MIGUEL VILLANUEVA (18) | * | |
| Defendant. | * | |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
Conspiracy to Possess with Intent to Distribute 500 Grams or more of Cocaine
[21 U.S.C. § 846{841(a)(1) & (b)(1)(B)}]

On or about June 27, 2015, in the Western District of Texas and elsewhere, the Defendant,

**LUIS MIGUEL VILLANUEVA**

did knowingly combine, conspire, confederate and agree with others both known and unknown to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance contrary to Title 21, United States Code, Section 846 {841(a)(1) & (b)(1)(B)}.

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
DOUGLAS W. GARDNER
Assistant United States Attorney