PROB 12A
(06/15)

United States District Court
Southern District of Texas
**ENTERED**
March 18, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

Report on Offender Under Supervision – No Court Action Required

Name of Offender: Luis Miguel Villanueva  Case Number: 4:24CR00115-001
A/K/A Luis Villanueva
A/K/A Luis M. Villanueva

Name of Assigned Judge: The Honorable Sim Lake

Name of Sentencing Judge: The Honorable Sam Sparks
Western District of Texas

Date of Original Sentence: May 26, 2017

Original Offense: Conspiracy to Possess with Intent to Distribute 500 Grams or More of Cocaine; 21 U.S.C §§ 846 and 84l(b)(l)(B)

Original Sentence: 60 months custody of the U.S. Bureau of Prisons, followed by a four-year term of supervised release. $100 special assessment and $3,600 fine. Special conditions to include substance abuse treatment and search and seizure.

Type of Supervision: Supervised Release        Supervision Started: February 5, 2021

## EARLIER COURT ACTION

March 1, 2024: Jurisdiction was transferred from the Western District of Texas, Austin Division, to the Southern District of Texas, Houston Division.

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1    Failure to Pay Fine as Directed (Special Condition)

On May 26, 2017, Luis Miguel Villanueva was ordered to pay a fine in the amount of $3,600 in equal monthly installments of $100 commencing February 5, 2021. During the months of February 2021 through February 2024, Luis Miguel Villanueva failed to pay the fine as ordered by the Court. Through March 11, 2024, he should have made 24 payments totaling $2,400. The payment history from the U.S. District Clerk's Office reflects Mr. Villanueva has paid a total of $245. He is currently in default.

**U.S. Probation Officer Action:**

On February 5, 2021, Luis Miguel Villanueva was released from the Bureau of Prisons to begin his five-year term of supervised release. Between February 2021 and February 2024, the defendant failed to make payments towards fine. As of March 2024, Mr. Villanueva has made four payments totaling $245. On February 1, 2024, Mr. Villanueva met with U.S. Probation Officer Devon Dillard and Supervising U.S Probation Officer Susan Calder to discuss his delinquent status. Mr. Villanueva reported he pays a large sum for his children's formula and household bills.

After a review of his income, it appears Mr. Villanueva received at least $2,000 in monthly income. Mr. Villanueva's projected ongoing monthly expenses include $400 for groceries, $100 utilities, $100 for telephone, $500 credit card payment, and $700 for daycare and formula. The amount indicates his court ordered monthly payment could have been paid. USPO advised for Mr. Villanueva to make monthly payments of at least $100.

The probation officer will monitor Mr. Villanueva's finances by having him complete financial documents. He will be restricted from leisure travel. As part of the intervention, Mr. Villanueva will report to the probation office monthly to complete monthly budget. Respectfully requesting no action be taken at this time: however, the Court may reconsider this violation if non-compliance continues.

Approved:

Susan Calder
Susan Calder, Supervising
United States Probation Officer

Respectfully submitted,

By: _____

Devon Dillard
United States Probation Officer

Name of Offender: Luis Miguel Villanueva
Case Number: 4:24CR00115-001
Page Number: 3

[✓] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

_____
Sim Lake
Senior U.S. District Judge

MARCH 18, 2024
_____
Date